Argued and submitted December 20, 1985, judgment modified; otherwise affirmed April 16, reconsideration denied June 6, petition for review denied July 14, 1986
(301 Or 338)

In the Matter of the Marriage of

## BACCHUS,
*Respondent,*

*and*

## BACCHUS,
*Appellant.*

(D83-06-64817; CA A34154)

717 P2d 654

Richard A. Van Hoomissen, Portland, argued the cause and filed the brief for appellant.

Francis E. Harrington, Portland, argued the cause for respondent. With him on the brief was Harrington, Anderson & DeBlasio, Portland.

Before Richardson, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

Husband appeals from a judgment dissolving the marriage of the parties in which the trial court found a prenuptial agreement invalid and awarded wife a $25,000 judgment. On *de novo* review, we find that wife was aware of the nature of husband's estate and of the consequences of the agreement which she signed and conclude that the prenuptial agreement is valid. *See Bauer and Bauer,* 1 Or App 504, 464 P2d 710 (1970). Accordingly, we modify the decree to eliminate the $25,000 judgment in favor of wife.

We have reviewed husband's objections to the attorney fees and spousal support and find no error.

Judgment modified to eliminate judgment of $25,000 in favor of wife; otherwise affirmed. No costs to either party.